UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MORRIS BART, LLC** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-1453** |
| **MCCLENNY MOSELEY & ASSOCIATES, PLLC** | **SECTION I** |

### ORDER

**IT IS ORDERED** that a telephone status conference shall be held in the above-captioned matter on **MAY 2, 2023, at 4:30 P.M**. The Court will initiate the telephone call. The Court's telephone number is (504) 589-7605.

New Orleans, Louisiana, May 2, 2023.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**