UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MORRIS BART, LLC** | **CIVIL NO. 2:23-cv-01453** |
| **V.** | **JUDGE AFRICK** |
| **MCCLENNY MOSELEY & ASSOCIATES, PLLC** | **MAGISTRATE JUDGE NORTH** |

### EX-PARTE MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW COMES**, McClenny, Moseley & Associates, PLLC, through undersigned counsel, who respectfully moves this Honorable Court for the entry of an order enrolling William P. Gibbens and Gwyneth O'Neill of the law firm of Schonekas, Evans, McGoey & McEachin, LLC as counsel of record in the above-captioned matter.

**WHEREFORE**, McClenny, Moseley & Associates, PLLC prays that this Honorable Court grant the foregoing Motion and enroll William P. Gibbens and Gwyneth O'Neill as counsel of record for McClenny, Moseley & Associates, LLC in the above-captioned matter.

    Respectfully submitted,

    */s/ Gwyneth O'Neill*
    Gwyneth A. O'Neill, 35944
    William P. Gibbens, 27225
    SCHONEKAS, EVANS, MCGOEY
    & MCEACHIN, L.L.C.
    909 Poydras Street, Suite 1600
    New Orleans, Louisiana 70112
    (504) 680-6065
    billy@semmlaw.com
    gwyneth@semmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of this electronic filing to all counsel of record.

                                     */s/ Gwyneth O'Neill*
                                     Gwyneth O'Neill