UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MORRIS BART, LLC**                                                        **CIVIL ACTION**

**VERSUS**                                                                          **No. 23-1453**

**MCCLENNY MOSELEY & ASSOCIATES, PLLC**              **SECTION I**

### ORDER

Considering the proposed consent order[1] filed by plaintiff Morris Bart, LLC ("Morris Bart") and defendant McClenny Moseley & Associates, PLLC ("MMA"),

**IT IS ORDERED** that Morris Bart's motion[2] for a temporary restraining order and preliminary injunction against MMA is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that:

1. By **no later than June 7, 2023**, MMA shall furnish to Morris Bart its original files and all work product, including information maintained in MMA's Smart Advocate software system and any other client management system to which MMA has access, for any former MMA client now represented by Morris Bart. Former MMA client now represented by Morris Bart shall mean those individuals listed in a document that shall be provided by Morris Bart to MMA **by no later than May 25, 2023**, and which shall be updated on a weekly basis by Morris Bart so long as former MMA clients continue

---

[1] R. Doc. No. 12.
[2] R. Doc. No. 3.

to engage Morris Bart. MMA shall have seven days from each receipt of the weekly updated list from Morris Bart to provide the additional client files and work product;

2. To cease all communications with all former MMA clients (defined as clients on whose behalf MMA filed a complaint in the United States District Court for the Eastern District of Louisiana), either directly; through an agent such as an adjuster, estimator, call center, or process server; or via mass and/or automated communication;

3. To cease all communications purporting to be on behalf of all former MMA clients, including communications with those former clients' insurers; and

4. To make best efforts to communicate with all present and former agents of MMA and their representatives, including, but not limited to, Tort Network, LLC d/b/a Velawcity; Apex Roofing and Restoration Company, LLC; CMR Construction & Roofing; Legal Wings, Inc.; and Matthew Addison, to advise those parties of this order directing MMA and its agents to cease all communications with former MMA clients.

**IT IS FURTHER ORDERED** that this Order shall take effect immediately and shall remain in effect pending trial in the above-captioned action or further order of this Court.

3

New Orleans, Louisiana, May 25, 2023.

_____
            **LANCE M. AFRICK**
     **UNITED STATES DISTRICT JUDGE**