UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE: HURRICANE IDA CLAIMS

**PROPOSED GENERAL ORDER**

On March 2, 2023, this Court issued an Order Staying Cases Filed by McClenny, Moseley & Associates pending an *in camera* examination by Magistrate Judge North of all retention and/or engagement and/or contingency fee contracts between McClenny, Moseley & Associates ("MMA") and the named insureds in each of the firm's 600+ Hurricane Ida cases currently pending in this District. Attached to that Order as "Attachment B" was a list of all Hurricane Ida cases filed by MMA.

In the months since that date, numerous issues have come to light regarding MMA's representation of the clients whose suits are listed on Attachment B of the March 2, 2023 Order. Based on information provided to the Court by new counsel that has or plans to enroll on behalf many of the named insureds whose suits are listed on Attachment B of the March 2, 2023 Order, the Court now ORDERS as follows:

In any case filed by MMA in this Court, Local Rule 83.2.11's requirement that a motion to withdraw and substitute counsel must be made jointly by current counsel and new counsel of record is WAIVED, and new counsel may move to enroll and substitute for MMA via an *ex parte* motion representing that the plaintiff on whose behalf MMA filed suit has retained this new counsel to replace MMA; and

1

**EXHIBIT A**

Upon the granting of an *ex parte* motion by new counsel to enroll and substitute for MMA in a particular case, the stay entered in that case pursuant to this Court's March 2, 2023 Order will be automatically lifted; and

Plaintiffs in the cases listed on Attachment B to the Court's March 2, 2023 Order, and in any other suit filed by MMA in this Court on behalf of a named insured, shall have 30 days from the date of this order, or 30 days from the date a motion to enroll new counsel is granted, whichever is later, within which to serve their complaints, even if the deadline for such service had elapsed prior to the March 2, 2023 Order staying the suit.

**NEW ORLEANS, LOUISIANA,** this ____ day of _____, 2023.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
FOR THE EN BANC COURT