# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**MORRIS BART, L.L.C.**                                       CIVIL ACTION

**VERSUS**                                                         No. 23-1453

**MCCLENNY MOSELEY &**                                  SECTION I
**ASSOCIATES, PLLC**

## ORDER

Before the Court are a motion[1] for summary judgment, filed by plaintiff Morris Bart, L.L.C., and a motion[2] to continue the submission date on the motion for summary judgment, filed by defendant McClenny Moseley & Associates, PLLC.

Pursuant to this Court's rule that, prior to filing a motion for summary judgment, counsel shall schedule and appear for a status conference before this Court at which time the motion will be discussed by all parties,[3]

**IT IS ORDERED** that the motion for summary judgment is **DISMISSED WITHOUT PREJUDICE** and the motion to continue the submission date is accordingly **DISMISSED AS MOOT**.

New Orleans, Louisiana, August 30, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 23.
[2] R. Doc. No. 26.
[3] The Court recognizes that counsel for the parties may not have been aware of this Court's rule because, at the time the motion was filed, a scheduling order had not yet been issued.