UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MORRIS BART, L.L.C.** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-1453** |
| **MCCLENNY MOSELEY & ASSOCIATES, PLLC** | **SECTION I** |

## JUDGMENT

On this date, the Court issued an order and reasons granting the motion[1] to dismiss plaintiff Morris Bart, L.L.C.'s ("plaintiff") lawsuit, filed by defendant McClenny, Moseley & Associates, PLLC ("defendant"). Accordingly,

**IT IS ORDERED** that defendant's motion to dismiss the above-captioned action is **GRANTED**, and the plaintiff's substantive claims, as set forth in Causes of Action 1 and 2 of the complaint, are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS FURTHER ORDERED** that the plaintiff's claims for declaratory relief, as set forth in Causes of Action 3 and 4 of the complaint, are **DISMISSED WITHOUT PREJUDICE** for lack of Article III standing.

New Orleans, Louisiana, October 16, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 16.