# United States Court of Appeals
## for the Fifth Circuit

_____

No. 23-30812
_____

Morris Bart, L.L.C.,

*Plaintiff—Appellant,*

versus

McClenny Moseley & Associates, P.L.L.C.,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-1453

_____

A True Copy
Certified order issued Jan 16, 2024

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of January 16, 2024, pursuant to appellant's motion.

No. 23-30812

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT